Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**BOBBIE CYANA RYAN**

DOB:
PDID:

**CRIMINAL COMPLAINT**

**FILED**

JAN - 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNDER SEAL**

CASE NUMBER: 09 - 006 - M - 01

I, Special Agent Charles Dionne, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

From at least in or around 2001 until at least 2007, the defendant Bobbie Cyana RYAN: 1) embezzled, stole, purloined and knowingly converted to her use, and the use of another, money and things of value of the United States and a department and agency thereof in violation of 18 U.S.C. § 641; and 2) having devised a scheme to defraud, and for obtaining money and property by means of false pretenses, representations and promises, transmitted and caused to be transmitted by means of wire in interstate commerce writings, signs and signals for the purpose of executing the scheme, in violation of 18 U.S.C. § 1343. I further state that I am a Special Agent with the Hartford Fraud Resident Agency, US Army Criminal Investigation Command, and this Complaint is based on the facts as stated in the attached Affidavit which is made a part hereof.

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

X _____
Signature of Complainant

Sworn to before me and subscribed in my presence,

JAN - 8 2009                              at   Washington, D.C.
Date                                                City and State

United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer